UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYMOND JEAN CHARLES PECK,

Plaintiff,

v.

ROBERT JAMES KIRKPATRICK, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-725

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a former county detainee under 42 U.S.C. § 1983. Defendant Robert James Kirkpatrick, the only remaining defendant, filed a Motion to Dismiss (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on October 23, 2026, recommending that this Court grant the motion, dismiss Plaintiff's remaining federal claim with prejudice,and dismiss Plaintiff's state-law claims without prejudice because it declines to exercise supplemental jurisdiction over those claims. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Kirkpatrick's Motion to Dismiss (ECF No. 22) is GRANTED. Plaintiff's remaining federal claim is DISMISSED WITH PREJUDICE.

Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE, as the Court declines to exercise supplemental jurisdiction over them.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: November 13, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge